Company. No opinion. Judgment affirmed, with costs. All concur, except HIRSCHBERG, J., who dissents.

MANNING, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Mary Manning against the Metropolitan Street-Railroad. Company. J. T. Little, for appellant. B. Scharps, for respondent. No opinion. Judgment and order affirmed, with costs.

MANSUE, Appellant, v. KNOWLTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Peter Mansue against John C. Knowlton, as administrator, etc. No opinion. Judgment and order affirmed, with costs.

MARCELLUS ELECTRIC R. CO., Appellant, v. PARSONS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by the Marcellus Electric Railroad Company against Levi Parsons and others. From an order vacating and setting aside the report and award of commissioners, the plaintiff appeals. Modified.

PER CURIAM. Ordered that said order of the special term of the supreme court, granted March 2, 1901, vacating and setting aside the report and award of the commissioners herein, be modified as follows: By directing that rehearing of said matter be had before George Talcott and Oscar F. Austin, two of the commissioners who joined in said report, and one other disinterested and competent freeholder, to be appointed by the court in the place of William J. McClusky, in compliance with section 3396 of the Code of Civil Procedure, and further modifying said order by striking out that part thereof which provides "that the testimony in said matter * * * be referred back to said commissioners for their correction and revision," and, as thus modified, affirmed, with $10 costs and disbursements.

MATTHEWS, Respondent, v. HOSIER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Charles E. Matthews against Henry Hosier. No opinion. Judgment of the municipal court affirmed by default, with costs.

MAY, Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by William H. May, as administrator, etc., against the Syracuse Rapid-Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

In re MAYOR, etc. In re BOOS. (Supreme Court, Appellate Division, First Department. May 17, 1901.) In the matter of the mayor, etc., and in the matter of. Boos. No opinion. Motion granted.

In re MAYOR, etc. In re CONSOLIDATED ICE CO. (Supreme Court, Appellate Division, First Department. May 17, 1901.) In the matter of the mayor, etc., and in the matter of the Consolidated Ice Company. No opinion. Reference ordered.

In re MAYOR, etc. In re RIVERSIDE PARK. (Supreme Court, Appellate Division, First Department. May 17, 1901.) In the matter of the mayor, etc., and in the matter of Riverside Park.

PER CURIAM. Motion granted. Questions certified as stated in memorandum.

In re MAYOR, etc. In re TABER. (Supreme Court, Appellate Division, First Department. May 17, 1901.) In the matter of the mayor, etc., and in the matter of Taber. No opinion. Reference ordered.

MEGOWAN, et al., Appellants, v. PETERSON, Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by James Megowan and William S. Goddard against Charles G. Peterson. No opinion. Judgment and order affirmed, with costs, on the law and facts, upon the authority of Muller v. Peterson, 57 App. Div. 626, 68 N. Y. Supp. 1144.

MELCHER, Respondent, v. BIEN, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by John S. Melcher, as administrator, against Franklin Bien, as receiver. F. Bien, for appellant. J. S. Melcher, pro se. No opinion. Judgment affirmed, with costs, on the opinion in Melcher v. Kreiser, 28 App. Div. 362, 51 N. Y. Supp. 249.

MERNA, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Daniel Merna, an infant, by William J. P. Merna, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on authority of Luhrs v. Railroad Co., 11 App. Div. 173, 42 N. Y. Supp. 606, and McDonald v. Railway Co., 167 N. Y. 66, 60 N. E. 282.

MEURER et al., Respondents, v. MAPES-REEVE CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by Jacob Meurer and Andrew Meurer against the Mapes-Reeve Construction Company and Ernest Kuhnla. No opinion. Judgment of the municipal court affirmed by default, with costs.

MILLER, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by Frank Miller against George H. Miller.

PER CURIAM. Appeal dismissed, with costs, to be taxed by the clerk of Onondaga county, unless the appellant shall make, file, and serve his printed case on appeal within five days from the service of this order, and. shall